UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN RUSSELL STORDAHL,<br><br>Petitioner,<br><br>v.<br><br>VICTOR M. ALMAGER,<br><br>Respondent.<br>_____ | Case No. CV 08-462 SVW(JC)<br><br>ORDER ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition for Writ of Habeas Corpus (the "Petition"), the Motion to Dismiss the Petition, the Opposition to the Motion to Dismiss the Petition, petitioner's Objections to the original Report and Recommendation, and all of the records herein, including the attached Superseding Report and Recommendation of United States Magistrate Judge. The Court approves and adopts the United States Magistrate Judge's Superseding Report and Recommendation.

IT IS ORDERED that Judgment be entered granting the Motion to Dismiss and dismissing this action with prejudice.

///

///

///

1       IT IS FURTHER ORDERED that the Clerk serve copies of this Order, the United States Magistrate Judge's Superseding Report and Recommendation, and the Judgment herein on petitioner and on counsel for respondent.

       LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED: February 2, 2011

_____
HONORABLE STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE