UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| BRIAN RUSSELL STORDAHL, | ) | Case No. CV 08-462 SVW(JC) |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| VICTOR M. ALMAGER, | ) | |
| Respondent. | ) | |

Pursuant to this Court's Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Motion to Dismiss the Petition for Writ of Habeas Corpus is granted and this action is dismissed with prejudice.

DATED:  February 2, 2011

_____
HONORABLE STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE